IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Daniela Veljkovic | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 1551 |
| | ) | |
| v. | ) | The Honorable Gary Feinerman |
| | ) | |
| Board of Education of the City of Chicago | ) | |
| | ) | |
| Defendant. | ) | |

**THE BOARD'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the Board of Education of the City of Chicago, through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure ("Rule") 6, respectfully requests an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint to an including August 7, 2020. In support thereof, Defendant states the following:

1. Plaintiff filed the instant case on March 4, 2020. ECF No. 1.

2. On June 2, 2020, Plaintiff sent a waiver of service for the Board and the Board executed the waiver. The responsive pleading to the Complaint is due August 3, 2020. ECF No. 14.

3. Defendants request that that date to file their responsive pleading be extended to and including August 7, 2020.

4. An unforeseen, pressing matter regarding the Chicago Public Schools reopening needed to be addressed by the assigned Board counsel and the undersigned counsel has to file a Reply in further support of its Motion to Dismiss before the Honorable Edmond Chang within the next three business days.

5. Due to this unforeseen, pressing matter and prior obligation in an unrelated matter, Board counsel needs additional time to properly respond to Plaintiff's Complaint. This request for an extension is not meant for the purpose of delay.

6. On July 29, 2020, the undersigned counsel contacted Plaintiff's counsel, who indicated Plaintiff has no objection to the relief sought in this Motion.

## CONCLUSION

The Board respectfully requests that the Court grant it unopposed motion for extension of time to file its answer or other responsive pleading to and including August 7, 2020, and any other relief to which they may be entitled.

Dated: July 29, 2020                                             Respectfully Submitted,

**DEFENDANTS BOARD OF EDUCATION OF THE CITY OF CHICAGO**

JOSEPH MORIARTY, General Counsel

By: ___Helena B. Wright___
Helena B. Wright, Attorney No. 6298789

Helena B. Wright / hbwright@cps.edu
Board of Education of the City of Chicago
One North Dearborn Street
Law Department, Suite 900
Chicago, Illinois 60602
Tel: (773) 553-1700
Fax: (773) 553-1701

## **CERTIFICATE OF SERVICE**

      I, Helena B. Wright, an attorney of record, hereby state that on July 29, 2020, I electronically filed the above **The Board's Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** using the Court's CM/ECF Filing System, which will send electronic notice to all counsel of record.

                                        By:    <u>Helena B. Wright</u>
                                                       Helena B. Wright, Attorney No. 6298789